# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>van Keulen, Susan | **2. Court or Organization**<br><br>U.S. District Court for the Northern District of California | **3. Date of Report**<br><br>08/04/2020 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate Judge (FT) | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>280 S. 1st Street<br>San Jose, CA 55113 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | �altri (salary) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| van Keulen, Susan | 08/04/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔     NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔     NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Individual Accts (H) | | | | | | | | | |
| 2. Bank of America (cash) | A | Interest | M | T | | | | | |
| 3. Citibank (cash) | A | Interest | J | T | | | | | |
| 4. Vanguard Growth Index Fund Adm (VIGAX) | A | Dividend | J | T | | | | | |
| 5. _____, PC | | None | L | U | | | | | |
| 6. Amersfoort Company | D | Distribution | L | U | | | | | |
| 7. Gunter Building, LLC (Y) | | | | | | | | | |
| 8. HSA (cash) | A | Interest | K | T | | | | | |
| 9. Trust Account #1 (H) | | | | | | | | | |
| 10. Nike Inc (NKE) (Y) | | | | | | | | | |
| 11. Trust Account #2 (H) | | | | | | | | | |
| 12. Schwab Cash Reserves (SWSXX) | A | Dividend | | | Redeemed | 03/25/19 | M | | |
| 13. Schwab Govt Money Fund (SWGXX) | A | Dividend | L | T | Buy | 03/25/19 | M | | |
| 14. Invesco Db Base Metals ETF (DBB) | A | Dividend | | | Sold (part) | 04/30/19 | K | | |
| 15. | | | | | Sold | 10/15/19 | J | | |
| 16. Invesco Db Energy ETF (DBE) | A | Dividend | J | T | | | | | |
| 17. Invesco DB Oil ETF (DBO) | A | Dividend | | | Sold | 10/15/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. IShares Gold ETF (IAU) | | None | J | T | Sold<br>(part) | 04/30/19 | K | | |
| 19. IShares MSCI EAFE Growth ETF (EFG) | A | Dividend | J | T | | | | | |
| 20. Schwab US Broad Mkt ETF (SCHB) | C | Dividend | M | T | | | | | |
| 21. Vanguard Real Estate (VNQ) | A | Dividend | K | T | Buy | 07/16/19 | K | | |
| 22. Vanguard Small Cap Growth ETF (VBK) | A | Dividend | L | T | | | | | |
| 23. Vanguard Ca Inter Term Tax Exempt Fd Adm (VCADX) | C | Dividend | M | T | Buy<br>(add'l) | 04/30/19 | K | | |
| 24. Vanguard CA Long Term (VCLAX) | B | Dividend | L | T | Buy | 04/09/19 | K | | |
| 25. | | | | | Buy<br>(add'l) | 04/30/19 | K | | |
| 26. Lazard Intl Equity Portfolio Inst Shares (LZIEX) | A | Dividend | J | T | | | | | |
| 27. Parnassus Core Equity Fd I (PRILX) | D | Dividend | L | T | Buy<br>(add'l) | 04/09/19 | K | | |
| 28. | | | | | Buy<br>(add'l) | 10/15/19 | K | | |
| 29. Schwab Core Equity Fund (SWANX) | B | Dividend | L | T | | | | | |
| 30. Schwab Dividend Equity Fund (SWDSX) | A | Dividend | | | Sold<br>(part) | 07/16/19 | J | B | |
| 31. | | | | | Sold | 10/15/19 | K | B | |
| 32. Schwab Fundamental US Large Co Index (SFLNX) | B | Dividend | K | T | Sold<br>(part) | 04/09/19 | J | D | |
| 33. Schwab Fundamental US Small CO Index (SFSNX) | B | Dividend | K | T | Sold<br>(part) | 04/09/19 | J | C | |
| 34. | | | | | Buy<br>(add'l) | 10/15/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Schwab Small-Cap Equity Fund (SWSCX) | | None | | | Buy<br>(add'l) | 04/09/19 | J | | |
| 36. | | | | | Sold<br>(part) | 07/16/19 | J | A | |
| 37. | | | | | Sold | 10/15/19 | K | | |
| 38. Trust Account #3 (H) | | | | | | | | | |
| 39. Charles Schwab Deposit Account (Cash) | A | Interest | N | T | | | | | |
| 40. Apple Stock (APL) | C | Dividend | N | T | | | | | |
| 41. Berkshire Hathaway, Class B Stock (BRKB) | | None | M | T | | | | | |
| 42. DowDupont Inc. (DWDP) | A | Dividend | | | Sold | 05/06/19 | K | | |
| 43. Dow Inc. (DOW) | | None | | | Spinoff<br>(from line 42) | 04/01/19 | K | | |
| 44. | | | | | Sold | 05/06/19 | K | | |
| 45. Home Depot (HD) | C | Dividend | M | T | | | | | |
| 46. PayPal Holdings Incorpor (PYPL) | | None | | | Buy | 05/06/19 | M | | |
| 47. | | | | | Sold | 06/21/19 | M | | |
| 48. Travelers Companies Group (TRV) | B | Dividend | | | Sold | 12/20/19 | M | D | |
| 49. UnitedHealth Group (UNH) | C | Dividend | N | T | | | | | |
| 50. First Trust US Equity Opportunity ETF (FPX) | A | Dividend | | | Buy | 06/21/19 | M | | |
| 51. | | | | | Sold | 12/20/19 | M | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | IRA #1 (H) | | | | | | | | | |
| 53. | JP Morgan INCM (JMSIX) | A | Dividend | K | T | Buy | 06/13/19 | K | | |
| 54. | | | | | | Buy<br>(add'l) | 10/15/19 | K | | |
| 55. | Baird Core Plus Bd Inst (BCOIX) | A | Dividend | | | Sold | 04/09/19 | K | A | |
| 56. | PGIM High Yield Fund Cl Z (PHYZX) | A | Dividend | | | Sold | 04/09/19 | J | | |
| 57. | Pimco Incm Inst Cl (PIMIX) | A | Dividend | | | Sold | 10/15/19 | K | | |
| 58. | AMG Timesquare Intl Sm Cap Fd I (TQTIX) | A | Dividend | K | T | | | | | |
| 59. | Fidelity Adv Intl Real Estate Fd Cl A (FIRAX) | A | Dividend | K | T | | | | | |
| 60. | Fidelity Adv Real Estate Income Fd Cl I (FRIRX) | C | Dividend | L | T | | | | | |
| 61. | Janus Henderson Small Cap Value I (JSCOX) | A | Dividend | K | T | | | | | |
| 62. | JPMorgan INCM (JGIAX) | A | Dividend | | | Buy | 04/09/19 | K | | |
| 63. | | | | | | Sold | 06/13/19 | K | | |
| 64. | Lazard Intl Equity Portfolio Inst Shares (LZIEX) | A | Dividend | J | T | | | | | |
| 65. | Parnassus Core Equity Fd Inst (PRILX) | C | Dividend | K | T | | | | | |
| 66. | IRA #2 (H) | | | | | | | | | |
| 67. | Schwab Cash Reserves (SWSXX) | A | Dividend | | | Redeemed | 01/14/19 | J | | |
| 68. | Schwab Govt Money Fund (SWGXX) | A | Dividend | J | T | Buy | 01/15/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT

Page 8 of 16

**Name of Person Reporting**

van Keulen, Susan

**Date of Report**

08/04/2020

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Invesco QQQ Trust (QQQ) | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 70. | | | | | Sold (part) | 01/09/19 | J | | |
| 71. | | | | | Buy (add'l) | 05/06/19 | J | | |
| 72. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 73. Invesco S&P Low Volatility ETF (SPLV) | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 74. | | | | | Sold (part) | 11/06/19 | J | A | |
| 75. Invesco Variable Rate Preferred ETF (VRP) | A | Dividend | J | T | Buy | 11/06/19 | J | | |
| 76. IShare Edge MSCI Min Vol EAFE ETF (EFAV) | A | Dividend | J | T | Buy (add'l) | 01/07/19 | J | | |
| 77. IShares Broad USD HG Yld (USHY) | A | Dividend | J | T | Buy | 08/05/19 | J | | |
| 78. IShares Commodities Select Strtgy ETF (COMT) | A | Dividend | J | T | Buy (add'l) | 01/07/19 | J | | |
| 79. | | | | | Sold (part) | 01/09/19 | J | | |
| 80. | | | | | Sold (part) | 04/02/19 | J | | |
| 81. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 82. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 83. | | | | | Sold (part) | 12/04/19 | J | | |
| 84. IShares Core S&P Small Cap (IJR) | A | Dividend | J | T | Buy | 12/04/19 | J | | |
| 85. Ishares Currency Holding MSCI Eurzn (HEZU) | A | Dividend | J | T | Buy | 10/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  IShares Core US Aggregate Bond ETF (AGG) | A | Dividend | | | Buy (add'l) | 01/07/19 | J | | |
| 87. | | | | | Buy (add'l) | 02/04/19 | K | | |
| 88. | | | | | Sold (part) | 03/05/19 | J | A | |
| 89. | | | | | Sold (part) | 05/06/19 | K | A | |
| 90. | | | | | Sold | 07/02/19 | K | A | |
| 91. | | | | | Buy | 09/05/19 | J | | |
| 92. | | | | | Sold | 10/02/19 | J | | |
| 93.  IShares Core 1-5 Yr USD Bd ETF (ISTB) | A | Dividend | | | Sold | 07/02/19 | J | A | |
| 94.  IShares Gold ETF (IAU) | | None | K | T | Buy (add'l) | 04/02/19 | J | | |
| 95. | | | | | Buy (add'l) | 12/04/19 | J | | |
| 96.  IShares IBOXX High Yield Bond ETF (HYG) | A | Dividend | | | Sold | 06/04/19 | J | | |
| 97.  IShares JPMorgan USD Mts Bond ETF (EMB) | A | Dividend | J | T | Buy (add'l) | 02/04/19 | J | | |
| 98. | | | | | Sold (part) | 09/05/19 | J | A | |
| 99.  IShares Russell 2000 ETF (IWM) | A | Dividend | J | T | Buy (add'l) | 01/07/19 | J | | |
| 100.  IShares TIPS Bond ETF (TIP) | A | Dividend | J | T | Buy (add'l) | 01/07/19 | J | | |
| 101. | | | | | Sold (part) | 11/06/19 | J | A | |
| 102.  IShares 1-3 Yr Treasry Bond ETF (SHY) | A | Dividend | | | Buy (add'l) | 01/07/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Sold | 02/04/19 | K | A | |
| 104. IShares 20 Pls Yr Treasury Bnd ETF (TLT) | A | Dividend | J | T | Buy (add'l) | 06/04/19 | J | | |
| 105. | | | | | Sold (part) | 08/05/19 | J | A | |
| 106. | | | | | Buy (add'l) | 10/02/19 | K | | |
| 107. | | | | | Sold (part) | 11/06/19 | K | A | |
| 108. Pimco 0-5 Year High Yld Bnd ETF IV (HYS) | A | Dividend | | | Buy | 02/04/19 | J | | |
| 109. | | | | | Sold | 05/06/19 | J | A | |
| 110. Pimco Enhanced Shrt Maturty Actv ETF (MINT) | A | Dividend | | | Buy (add'l) | 01/07/19 | J | | |
| 111. | | | | | Sold | 03/05/19 | K | | |
| 112. Select Sector Health Care SPDR ETF (XLV) | A | Dividend | | | Buy (add'l) | 01/07/19 | J | | |
| 113. | | | | | Sold | 10/02/19 | J | | |
| 114. SPDR Bloomberg BRCLY Intl (BWX) | A | Dividend | | | Buy | 01/09/19 | J | | |
| 115. | | | | | Sold | 05/06/19 | J | | |
| 116. SPDR Fund Consumer Staples ETF (XLP) | A | Dividend | J | T | Buy (add'l) | 01/07/19 | J | | |
| 117. SPDR S&P 500 ETF (SPY) | A | Dividend | L | T | Buy (add'l) | 01/07/19 | J | | |
| 118. | | | | | Buy (add'l) | 05/06/19 | K | | |
| 119. | | | | | Buy (add'l) | 07/02/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Consumer Discretionary ETF (VCR) | A | Dividend | J | T | Buy (add'l) | 01/07/19 | J | | |
| 121. Vanguard Dividend Appreciation ETF (VIG) | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 122. | | | | | Sold (part) | 11/06/19 | J | A | |
| 123. Vanguard FTSE Developed Mkts ETF (VEA) | B | Dividend | L | T | Buy (add'l) | 01/07/19 | J | | |
| 124. | | | | | Buy (add'l) | 01/09/19 | J | | |
| 125. | | | | | Sold (part) | 05/06/19 | J | | |
| 126. | | | | | Sold (part) | 08/05/19 | J | | |
| 127. | | | | | Sold (part) | 11/06/19 | J | | |
| 128. Vanguard FTSE Emerging Mkts ETF (VWO) | B | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 129. | | | | | Buy (add'l) | 03/05/19 | K | | |
| 130. | | | | | Sold (part) | 04/02/19 | J | A | |
| 131. | | | | | Sold (part) | 05/06/19 | J | | |
| 132. | | | | | Buy (add'l) | 07/02/19 | K | | |
| 133. | | | | | Sold (part) | 09/05/19 | J | | |
| 134. | | | | | Buy (add'l) | 11/06/19 | J | | |
| 135. Vanguard FTSE Europe (VGK) | A | Dividend | J | T | Buy | 04/02/19 | J | | |
| 136. | | | | | Buy (add'l) | 05/06/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 09/05/19 | J | | |
| 138. VANGUARD FTSE PACIFIC (VPL) | A | Dividend | | | Buy | 09/05/19 | J | | |
| 139. | | | | | Sold | 10/02/19 | J | | |
| 140. Vanguard Global Ex US Real Estate (VNQI) | A | Dividend | J | T | Buy | 09/05/19 | J | | |
| 141. Vanguard Intermediate Term Cor (VCIT) | A | Dividend | | | Buy | 05/06/19 | J | | |
| 142. | | | | | Sold | 08/05/19 | J | A | |
| 143. Vanguard Real Estate (VNQ) | A | Dividend | K | T | Buy | 03/05/19 | K | | |
| 144. | | | | | Sold (part) | 04/02/19 | J | A | |
| 145. | | | | | Buy (add'l) | 07/02/19 | J | | |
| 146. | | | | | Buy (add'l) | 09/05/19 | J | | |
| 147. Vanguard Short Term Treasury ETF (VGSH) | A | Dividend | | | Buy (add'l) | 01/07/19 | J | | |
| 148. | | | | | Buy (add'l) | 01/09/19 | J | | |
| 149. | | | | | Sold (part) | 02/04/19 | K | A | |
| 150. | | | | | Sold | 03/05/19 | K | A | |
| 151. Vanguard Total Stock Market ETF (VTI) | A | Dividend | K | T | Buy (add'l) | 01/07/19 | J | | |
| 152. | | | | | Sold (part) | 01/09/19 | J | | |
| 153. | | | | | Buy (add'l) | 03/05/19 | J | | |

| | | | | |
|---|---|---|---|---|
| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 04/02/19 | J | | |
| 155. | | | | | Sold (part) | 09/05/19 | J | A | |
| 156. IRA #3 (H) | | | | | | | | | |
| 157. RBC Money Mkt Obligs Tr Federated Prime Obligs Fd | A | Dividend | J | T | | | | | |
| 158. Alger Fds II Spectra Fd Cl Z (ASPZX) | C | Dividend | L | T | Sold (part) | 03/29/19 | K | A | |
| 159. Alger Small Cap Focus Fund Cl Z (AGOZX) | A | Dividend | K | T | Buy (add'l) | 03/29/19 | J | | |
| 160. IShares U S Medical Devices ETF (IHI) | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 161. JP Morgan Diversified Mid Cap Growth Fd Cl I (HLGEX) | C | Dividend | K | T | Buy (add'l) | 03/29/19 | J | | |
| 162. JP Morgan Tr II Equity Income Fd Cl I (HLIEX) | C | Dividend | M | T | Buy (add'l) | 03/29/19 | K | | |
| 163. Select Sector SPDR Trust (XLU) | A | Dividend | K | T | Buy | 03/29/19 | J | | |
| 164. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 165. SPDR Ser TR S&P Biotech ETF (XBI) | A | Dividend | J | T | Buy | 03/29/19 | J | | |
| 166. Artisan Partners Fds Inc Int'l Value Fd Adv (APDKX) | | None | | | Sold | 03/29/19 | K | | |
| 167. Vanguard Mid Cap Value Index Fund Admiral (VMVAX) | A | Dividend | K | T | Buy (add'l) | 03/29/19 | J | | |
| 168. IRA #4 (H) | | | | | | | | | |
| 169. Fidelty Govt Money Market (SPAXX) | A | Dividend | K | T | | | | | |
| 170. Fidelity Intl Growth Fund (FIGFX) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Fidelity OTC Port (FOCPX) | E | Dividend | N | T | | | | | |
| 172. Fidelity Blue Chip Growth (FBGRX) | D | Dividend | N | T | | | | | |
| 173. Fidelity Small Cap Growth (FCPGX) | E | Dividend | N | T | | | | | |
| 174. Fidelity Select Constructn & Housing (FSHOX) | F | Dividend | N | T | | | | | |
| 175. Buffalo Discovery Fund (BUFTX) | E | Dividend | M | T | | | | | |
| 176. Conestoga Small Cap Investor Class (CCASX) | C | Dividend | M | T | | | | | |
| 177. T Rowe Price Blue Chip Growth Inc (TRBCX) | B | Dividend | N | T | | | | | |
| 178. William Blair Intnat Leaders Fund Cl N (WILNX) | A | Dividend | L | T | | | | | |
| 179. Fidelity Capital & Income (FAGIX) | D | Dividend | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| Name of Person Reporting | Date of Report |
|---|---|
| van Keulen, Susan | 08/04/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Susan van Keulen**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544